# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00558-CV

---

### In re Wesley Mau, Hays County District Attorney

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Kelly

Filed: February 26, 2021